NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POWERTECH TECHNOLOGY INC.,**
*Plaintiff-Appellant,*

v.

**TESSERA, INC.,**
*Defendant-Appellee.*

---

2010-1489

---

Appeal from the United States District Court for the Northern District of California in case no. 10-CV-0945, Judge Claudia Wilken.

---

**ON MOTION**

---

**O R D E R**

The parties move for an extension of time for Tessera, Inc. to file its brief, and Powertech Technology, Inc. to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Tessera shall file its brief by January 3, 2011. Powertech shall file its reply brief by February 14, 2011.

FOR THE COURT

NOV 2 9 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth E. Krosin, Esq.
    Morgan Chu, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**NOV 2 9 2010**

**JAN HORBALY**
**CLERK**